**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Lynne Harris
                      Plaintiff,

v.                                          Case No.: 1:09−cv−03795
                                                              Honorable Elaine E. Bucklo

Seyfarth Shaw LLP.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 18, 2011:

      MINUTE entry before Honorable Elaine E. Bucklo:Fairness hearing held on 3/18/2011 and the class action settlement approved. Accordingly, this action is now dismissed. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.