# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Lynne Harris
                    Plaintiff,

v.                                      Case No.: 1:09−cv−03795
                                              Honorable Elaine E. Bucklo

Seyfarth Shaw LLP.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2011:

      MINUTE entry before Honorable Elaine E. Bucklo: Plaintiff was given until July 26, 2011 (extended from an earlier date) to file a response to defendant's contention that this court no longer has jurisdiction to address a post−settlement issue. Plaintiff has not responded and I conclude that she agrees that jurisdiction is lacking. Accordingly, plaintiff's motion (document 69) to enforce settlement agreement is denied.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.